**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-93A** **DATE: July 7, 2005**

**TITLE: USA v. Thomas Hendricks**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Ken Madden, AUSA
Kevin Fitzgerald, Esq.
Brian Pletcher, Pretrial Services

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Waiver of Preliminary Exam.
Court informs Deft of rights.
Deft understands rights and waiver.
Deft signs waiver.
Court accepts waiver.
Govt requests detention.
No argument.
Deft held at ACI.
Deft remanded to custody.