AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

APPEARANCE

v.

Thomas Hendricks

CASE NUMBER: 1:05M93A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Hendricks

I certify that I am admitted to practice in this court.

7-7-5

*Date*

*Signature*

KJ Fitzgerald 5775

*Print Name* *Bar Number*

10 Weybosset St

*Address*

Prov. RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.