**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA )
)
vs. ) No. 1:05-M-93A
)
THOMAS HENDRICKS )

ORDER

Upon the government's motion of July 25, 2005, pursuant to 18 U.S.C. § 3161, it is hereby

ORDERED

That the time limit under the ~~Speed~~ SPEEDY Trial Act, be extended from thirty days, August 5, 2005, to sixty days, September 4, 2005, within which an information or indictment must be filed.

BY ORDER:

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
Magistrate Judge

Date: 7/26/05