973099

RECEIVED
JUN 3 0 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

THOMAS HENDRICKS, a/k/a Tasheem Hendricks

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-93A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest THOMAS HENDRICKS, a/k/a Tasheem Hendricks
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a person previously convicted in a New York court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm; and

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base (crack)

in violation of Title 18 United States Code, Section(s) 922(g) and Title 21 U.S.C., Section 841(a)(1)

| | |
|---|---|
| LINCOLN D. ALMOND<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | 6/30/05 Providence, Rhode Island<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ returned to ACI | | |
| DATE RECEIVED 06/30/2005<br>DATE OF ARREST 07/07/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

This form was electronically produced by Elite Federal Forms, Inc.